# United States District Court for the Eastern District of Pennsylvania-CIVIL SUIT-42 USCS § 1983

## Civil Action No: 2:25-cv-04753-MRP

**AISHA BRADLEY**
Petitioner

v.

**JUDGE JUAN SANCHEZ**

**Respondent**

<table>
<tr><td>

**JURY TRIAL DEMANDED**
# AFFIDAVIT OF SERVICE
**For Notice of Lawsuit and Waiver of Summons, Prepaid Stamp, and Waiver of Summons Document**
**FILED AS A SEPARATE DOCUMENT NOT an ATTACHMENT**

</td></tr>
</table>

**ATTACHED:** exhibit 2600b-Certified Mail Receipts for the Notice of Lawsuit and Waiver of Summons, exhibit 2600-Notices of Lawsuit and Waivers of Summons, exhibit 2600c-STACKED Emails September 30, 2025-NOTICES and WAIVER Verification, Certificate of Service, and Affidavit.

## AFFIDAVIT OF SERVICE

**Office of the Prothonotary**: Kindly enter Petitioner's Affidavit of Service, which is to be filed as the LEAD document, with 3 attachments. Respectfully, Petitioner request for the court to enter to docket the Affidavit of Service, for the following attachments, (1) Notice of Lawsuit and Waiver of Summons, (2) prepaid envelope, and (3) Waiver of Summons Document, which were served on the Respondents September 30, 2025, in the postal mail, and via email. see exhibit 2600b-Certified Mail Receipts for the Notice of Lawsuit and Waiver of Summons. see exhibit 2600-Notices of Lawsuit and Waivers of Summons.

SECOND TIME SUBMITTING AFFIDAVIT OF SERVICE for this REQUEST. Previous Affidavit was filed as an attachment, instead of separate document. Respectfully, Petitioner request for the court to enter **exhibits 700-2572** to the docket submitted to the court via USB Flash-Drive, in the postal mail August 11, 2025. see Case 2.25-cv-04753-MRP Document 2-11 Filed 08-14-25 Page 1 of 11-AFFIDAVIT OF SERVICE

October 1, 2025

*DO NOT SEND POSTAL MAIL-ALL MAIL IS TO BE SENT via EMAIL at BRDL3690@gmail.com, and or FILED WITH the COURT. Email is NOT to be considered received unless "CONFIRMED" by Petitioner-Bradley*

*Aisha Bradley*

*Aisha Bradley's-Affidavit of Service for-September 30, 2025, Notices of Lawsuit and Waivers, Prepaid Envelopes, and Waivers Document, Page 1 of 13*

The exhibits, trial court records, pictures, and videos saved on the USB Flash-Drives establish the guilt of Respondents, allegedly.

Without the aforementioned, Petitioner claims are baseless, and without material facts, proof, and evidence; therefore, causes Petitioner to lose her case. The Respondents' attorneys will be sent the exhibits 700-2572, trial court records, pictures, and videos, in the postal mail on USB flash-drives.

## The following court documents were sent postal mail September 30, 2025.

- BONDI-ML CERT RCPT and PREPAID EVLP
- CITY OF PHILA-MACNAUGHTON-ML CERT RCPT and PREPAID EVLP
- CIVIL PROCESSING CLERK-ML CERT RCPT and PREPAID EVLP
- FREEMAN-ML CERT RCPT and PREPAID EVLP
- METCALF-ML CERT RCPT and PREPAID EVLP
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-FED BONDI
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-FED CIVIL PROCESS CLERK
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-FED FREEMAN
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-FED METCALF
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-FED PRATTER
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-FED REEVES
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-FED SANCHEZ
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-MACNAUGHTON
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-PA ATTORNEY GENERAL
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-PA CHIEF COUNSEL
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-PA GOVERNOR
- NOTICE OF LAWSUIT and WAIVER OF SUMMONS-SIMOLA
- PA ATTORNEY GENERAL-ML CERT RCPT and PREPAID EVLP

- 2600b STAMPED MAIL CERTS NOTICE OF WAIVER PREPAID ENVL WAIVER

- PA CHIEF COUNSEL-ML CERT RCPT and PREPAID EVLP
- PA GOVERNOR-ML CERT RCPT and PREPAID EVLP
- PRATTER-ML CERT RCPT and PREPAID EVLP
- REEVES-ML CERT RCPT and PREPAID EVLP
- SANCHEZ-ML CERT RCPT and PREPAID EVLP
- SIMOLA-ML CERT RCPT and PREPAID EVLP
- WAIVER OF SUMMONS-FED BONDI
- WAIVER OF SUMMONS-FED CIVIL PROCESS CLERK
- WAIVER OF SUMMONS-FED David Metcalf
- WAIVER OF SUMMONS-FED Judge Arianna Freeman
- WAIVER OF SUMMONS-FED Judge Gene E. K. Pratter
- WAIVER OF SUMMONS-FED SANCHEZ
- WAIVER OF SUMMONS-FED Tamika Montgomery-Reeves
- WAIVER OF SUMMONS-MACNAUGHTON
- WAIVER OF SUMMONS-PA ATTORNEY GENERAL
- WAIVER OF SUMMONS-PA CHIEF COUNSEL
- WAIVER OF SUMMONS-PA GOVERNOR
- WAIVER OF SUMMONS-SIMOLA SPE
- WAIVER OF SUMMONS-SIMOLA UCH
- WAIVER OF SUMMONS-SIMOLA
- 2600b  STAMPED MAIL RECEIPT EXCLUDING STATE COURTS

- Gmail - ATTN_ ATTORNEY BURGESS-ATTACHED NOTICE OF A LAWSUIT, REQUEST TO WAIVE SERVICE OF A SUMMONS, AND CIVIL COMPLAINT AT CASE 2_25-cv-047...
- Gmail - ATTN_ ATTORNEY GREGORY DAVID-ATTACHED NOTICE OF A LAWSUIT, REQUEST TO WAIVE SERVICE OF A SUMMONS, AND CIVIL COMPLAINT AT CASE 2_2...
- Gmail - ATTN_ ATTORNEY JENNIFER MACNAUGHTON-ATTACHED NOTICE OF A LAWSUIT, REQUEST TO WAIVE SERVICE OF A SUMMONS, AND CIVIL COMPLAINT AT ...
- Gmail - ATTN_ ATTORNEY MICHAEL DALEY-ATTACHED NOTICE OF A LAWSUIT, REQUEST TO WAIVE SERVICE OF A SUMMONS, AND CIVIL COMPLAINT AT CASE 2_25...
- Gmail - ATTN_ ATTORNEY SIMOLA-ATTACHED NOTICE OF A LAWSUIT, REQUEST TO WAIVE SERVICE OF A SUMMONS, AND CIVIL COMPLAINT AT CASE 2_25-cv-047...
- Gmail - ATTN_ PA ATTORNEY GENERAL-ATTACHED NOTICE OF A LAWSUIT, REQUEST TO WAIVE SERVICE OF A SUMMONS, AND CIVIL COMPLAINT AT CASE 2_25-cv-...
- Gmail - City of Philadelphia Acceptance of Service _ Re_ ATTACHED CIVIL COMPLAINT SECTION 1983 FROM DOCKET _ CASE ID_ 2,25-cv-04753-MRP

The following court documents and USB Flash-Drive were sent postal mail August 11, 2025.

- 2511    LIST OF EXHIBITS CIVIL-AUG 11-25
- 2567  SECTION 1983
- 2567a  TABLE OF CONTENTS-SECTION 1983
- 2567c   LIST OF DEFENDANTS-SECTION 1983
- 2567d-CAUSES OF ACTION FOR 9TH DISTRICT
- 2568  REQUEST for COUNSEL
- 2569 IFP FORM-COMPLETED
- 2570  MOTION FOR SERVICE-SECTION 1983-ALL
- 2571  MOTION FOR ECF-SECTION 1983
- 2572 AFFIDAVIT OF SERVICE CIVIL SUIT-42 USCS § 1983
- AFFIDAVIT SECTION 1983
- CERTIFICATE OF SERVICER-SECTION 1983-SUBMITTED
- COVER SHEET-SECTION 1983-COMPLETED
- DESIGNATION FORM-SECTION 1983-COMPLETED
- MOTION TO BE EXCUSED-SECTION 1983
- VERIFICATION SECTION 1983

**USB Flash-Drives**





Aisha Bradley's-Affidavit of Service for-September 30, 2025, Notices of Lawsuit and Waivers, Prepaid Envelopes, and Waivers Document, Page **5** of **13**



Hello **Section 1983 Petition,**

Your item was delivered to the front desk, reception area, or mail room at 2:54 pm on August 14, 2025 in PHILADELPHIA, PA 19106.

Tracking Number: **70192970000077430534**

**Delivered, Front Desk/Reception/Mail Room**



**Tracking & Delivery Options**

*October 1, 2025*

*DO NOT SEND POSTAL MAIL-ALL MAIL IS TO BE SENT via EMAIL at BRDL3690@gmail.com, and or FILED WITH the COURT. Email is NOT to be considered received unless "CONFIRMED" by Petitioner-Bradley*

*Aisha Bradley*

(s) _____

## VERIFICATION

I, **AISHA BRDLEY, Petitioner**, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties relating to unsworn falsification to authorities.

*October 1, 2025*

**DO NOT SEND POSTAL MAIL-ALL MAIL IS TO BE SENT via EMAIL at BRDL3690@gmail.com, and or FILED WITH the COURT. Email is NOT to be considered received unless "CONFIRMED" by Petitioner-Bradley**

*Aisha Bradley*

## AFFIDAVIT OF Petitioner

I, Aisha Bradley **(Petitioner),** being duly sworn according to law, depose and say that the facts stated herein are true and correct to the best of my knowledge and understanding. In any statements that are incorrect or untrue, is in error and not intentional.

*October 1, 2025*

*DO NOT SEND POSTAL MAIL-ALL MAIL IS TO BE SENT via EMAIL at BRDL3690@gmail.com, and or FILED WITH the COURT. Email is NOT to be considered received unless "CONFIRMED" by Petitioner-Bradley*

*Aisha Bradley*

# CERTIFICATE of SERVICE

I, AISHA BRADLEY, PRO SE, do hereby certify that I have this day served the foregoing documents by electronic service via electronic filing, pursuant to USCS Fed Rules Civ Proc R 5-(b)(E)(c) (1)(A)(B)(C)(2)(d)(1)(B). Once accepted that completes my service.

*October 1, 2025*

*DO NOT SEND POSTAL MAIL-ALL MAIL IS TO BE SENT via EMAIL at BRDL3690@gmail.com, and or FILED WITH the COURT. Email is NOT to be considered received unless "CONFIRMED" by Petitioner-Bradley*

*Aisha Bradley*

## VERIFICATION

I, **AISHA BRDLEY, Petitioner**, verify that the facts set forth in the foregoing are true and correct to the best of my information, knowledge and belief.

I understand that the statements contained herein are subject to the Penalties relating to unsworn falsification to authorities.

*October 1, 2025*

*DO NOT SEND POSTAL MAIL-ALL MAIL IS TO BE SENT via EMAIL at BRDL3690@gmail.com, and or FILED WITH the COURT. Email is NOT to be considered received unless "CONFIRMED" by Petitioner-Bradley*

*Aisha Bradley*

(s)

## AFFIDAVIT OF PETITIONER-BRADLEY

I, Aisha Bradley **(PETITIONER),** being duly sworn according to law, depose and say that the facts stated herein are true and correct to the best of my knowledge and understanding. In any statements that are incorrect or untrue, is in error and not intentional.

*October 1, 2025*

*DO NOT SEND POSTAL MAIL-ALL MAIL IS TO BE SENT via EMAIL at BRDL3690@gmail.com, and or FILED WITH the COURT. Email is NOT to be considered received unless "CONFIRMED" by Petitioner-Bradley*

*Aisha Bradley*

# CERTIFICATE of SERVICE

I, AISHA BRADLEY, PRO SE, do hereby certify that I have this day served the foregoing documents by electronic service via electronic filing, pursuant to USCS Fed Rules Civ Proc R 5-(b)(E)(c) (1)(A)(B)(C)(2)(d)(1)(B). Once accepted that completes my service.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To *U.S. District Court Clerk*
Street and Apt. No., or PO Box No. *#2609 601 Market St*
City, State, ZIP+4® *Phila. PA 19106*

*Affidavit of Service*
Postmark
*· notices & waivers*
*· waiver & summons*
*· Prepaid envl*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**October 1, 2025**

<span style="color:red">**DO NOT SEND POSTAL MAIL-ALL MAIL IS TO BE SENT via EMAIL at BRDL3690@gmail.com, and or FILED WITH the COURT. Email is NOT to be considered received unless "CONFIRMED" by Petitioner-Bradley**</span>

*Aisha Bradley*

(S)

# CERTIFICATE of SERVICE

I, AISHA BRADLEY, PRO SE, do hereby certify that I have this day served the foregoing documents by electronic service via electronic filing, pursuant to USCS Fed Rules Civ Proc R 5-(b)(E)(c) (1)(A)(B)(C)(2)(d)(1)(B). Once accepted that completes my service.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com™.

Philadelphia, PA 19106

| Certified Mail Fee | $5.30 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $0.25 |
| Total Postage and Fees | $45.55 |

Postmark Here

08/11/2025

Sent To *Philadelphia District Court*
Street and Apt. No., or PO Box No. *3rd Circuit 601 Market St*
City, State, ZIP+4 *Phila PA 19106*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7019 2970 0000 7743 0534



Hello **Section 1983 Petition**,

Your item was delivered to the front desk, reception area, or mail room at 2:54 pm on August 14, 2025 in PHILADELPHIA, PA 19106.

Tracking Number: **70192970000077430534**

**Delivered, Front Desk/Reception/Mail Room**



**Tracking & Delivery Options**

*October 1, 2025*

*DO NOT SEND POSTAL MAIL-ALL MAIL IS TO BE SENT via EMAIL at BRDL3690@gmail.com, and or FILED WITH the COURT. Email is NOT to be considered received unless "CONFIRMED" by Petitioner-Bradley*

*Aisha Bradley*

Aisha Bradley's-Affidavit of Service for-September 30, 2025, Notices of Lawsuit and Waivers, Prepaid Envelopes, and Waivers Document, Page **13** of **13**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

 

Retail

U.S. POSTAGE PAID
PM
ENGLEWOOD, OH 45322

# UNITED STATES POSTAL SERVICE ®

## PRIORITY® MAIL



7022 2410 0003 2427 0811

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7022 2410 0003 2427 0811

**FROM:** Aisha Bradley
1000 Morse Rd
Columbus, OH 43229

- Expected delivery date specified for domest
- Most domestic shipments include up to $50
- USPS Tracking® included for domestic and many i
- Limited international insurance.**
- When used internationally, a customs declar

*Insurance does not cover certain items. For details regarding claims exclusions see the
Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

X-RAY USMC


RECEIVED OCT - 6 2025

**TO:** US District
Court Clerk
#2609
601 Market St
Phila. PA 19106

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipme. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.